585 A.2d 464

David D. SCHRECK, Karen A. Snyder Schreck, James A.W. Reichard, Julie L. Reichard, William E. Altland, Judy A. Altland, Keith D. Wong and Laurie A. Wong, Appellants at No. 79,

v.

NORTH CODORUS TOWNSHIP, Donald R. Bankert, Gladys M. Bankert and Gordon L. Brown, C.L. Robinson, t/d/b/a C.L. Robinson and Sons, Wallen Homes, Inc. and Frances R. Gephart Building and Concrete Construction.

Appeal of Donald R. BANKERT and Gladys M. Bankert at No. 80.

Supreme Court of Pennsylvania.

Argued Jan. 17, 1991.

Decided Feb. 4, 1991.

Gilbert G. Malone, Victor A. Neubaum, York, for David D. Schreck, Karen A. Snyder Schreck, James A.W. Reichard, Julie L. Reichard, William E. Altland, Judy A. Altland, Keith D. Wong and Laurie A. Wong.

Karen L. Semmelman, Gavin W. Markey, York, for Donald R. and Gladys M. Bankert.

Thomas F. Meister, York, for Gordon L. Brown.

W. William Anderson, York, for Wallen Homes, Inc.

Scott L. Kelley, Hanover, for Gephart Bldg. and Concrete Const.

James W. Hennessey, Norristown, Joanne Steinke Paul, West Conshohockn, for North Codorus Tp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

LARSEN, McDERMOTT and PAPADAKOS, JJ., dissent.